Greenebaum Sons Bank & Trust Company and Greenebaum Sons Investment Company, appellees, v. Michigan Building Corporation et al., defendants, on appeal of Ossian Cameron, appellant (formerly entitled Greenebaum Sons Bank & Trust Company and Greenebaum Sons Investment Company, appellees, v. Roy A. Dallager et al., defendants, on appeal of Ossian Cameron, appellant.)   Gen. No. 33,250.

Opinion filed October 11, 1929.

A. W. Martin and Edward H. S. Martin, for appellant.   Poppenhusen, Johnston, Thompson & Cole, for appellees; James W. Hyde, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Frances M. O'Connor, defendant in error, v. Lee Hammond, plaintiff in error, and Charles D. Tomlins, defendant.   Gen. No. 33,418.

Opinion filed October 11, 1929.

Newby & Murphy, for plaintiff in error; John K. Murphy, Geo. M. Burditt and O. I. Bingaman, of counsel.   John A. Bloomingston and James A. Tracy, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Hyman S. Flaxman et al., appellees, v. Murphy In-A-Dor Bed Company, appellant.   Gen. No. 33,424.

Opinion filed October 11, 1929.

Meyer Shapiro, for appellant.   Walter Truc and James S. Wight, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Milton J. Kausal, appellee, v. Ray F. Mudd Motor Company, appellant.   Gen. No. 33,463.

Opinion filed October 11, 1929.

Parker, McKeon & Clusman, for appellant.   William Levine for appellee.

Mr. Justice Scanlan delivered the opinion of the court.